IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROBERT TAYLOR,                        :

    Plaintiff,                        :

vs.                                   :   CIVIL ACTION NO. 11-00431-KD-B

ALABAMA STATE PAROLE,                 :

    Defendants.                       :

## ORDER

Plaintiff, an Alabama prison inmate proceeding pro se, filed a Complaint under 42 U.S.C. § 1983 together with a Motion to Proceed Without Prepayment of Fees (Docs. 1, 2).  A review of Plaintiff's Motion to Proceed Without Prepayment of Fees reflects that it does not include a copy of the institutional record of Plaintiff's inmate account reflecting transactions in his account for the six-month period immediately preceding the filing of his Complaint on July 29, 2011.  See 28 U.S.C. § 1915 (a)(2).  In addition, it does not include a certification of the balance in his prison account signed by an authorized officer at the institution.  Therefore, Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 2) is **DENIED** without prejudice.

Plaintiff is **GRANTED** leave to re-file his Motion to Proceed Without Prepayment of Fees by **October 12, 2011.**  His new motion shall include the statutorily required copy of the institutional record

of his inmate account reflecting transactions in his account for the six-month period immediately preceding the filing of his complaint, along with a certification by an authorized officer at the institution.   See 28 U.S.C. § 1915(b)(2).   In lieu thereof, Plaintiff can pay the $350.00 filing fee by **October 12, 2011**.

Plaintiff is cautioned that the failure to comply with this Order within the prescribed time will result in the  dismissal of this action for failure to prosecute and to comply with the Court's Order.

The Clerk is **DIRECTED** to send Plaintiff a form for a motion to proceed without prepayment of fees.

**DONE** this **12th** day of **September, 2011.**

              __     /s/ SONJA F. BIVINS_____
              **UNITED STATES MAGISTRATE JUDGE**