IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT TAYLOR,<br>    Plaintiff, | :<br>:<br>: |
| vs. | :   CIVIL ACTION NO. 11-00431-KD-B<br>: |
| ALABAMA STATE PAROLE,<br>    Defendant. | :<br>: |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 8, 2011 is hereby **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this the **29th** day of **November 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**